**Opinion issued March 14, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00063-CV**

———————————

## IN RE ANTHONY OKOLI, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

On January 23, 2024, relator Anthony Okoli filed a petition for writ of habeas corpus challenging a contempt order assessing a $500 fine and committing relator to the Harris County Jail for 180 days for violation of a protective order.[1] Relator

---

[1] The underlying case is *Dorik Okoli v. Anthony Okoli*, cause number 2023-49532, pending in the 280th District Court of Harris County, Texas, the Honorable Dianne Curvey presiding.

subsequently filed a status report informing our Court that he was released from the Harris County Jail on January 30, 2024.

Accordingly, we dismiss the petition for writ of habeas corpus as moot. *See Ex Parte Mascorro*, 2011 WL 6009095, at *1 (Tex. App.—San Antonio 2011, orig. proceeding) ("Because relator is no longer confined, we have determined this petition is now moot."); *In re Okumu*, 2009 WL 1905178, at *1 (Tex. App.—Fort Worth 2009, orig. proceeding) ("We have been informed by the trial court that it has directed the relator's release from confinement, and the Tarrant County Sheriffs has informed us that relator has been released from confinement. Accordingly, relator's petition for writ of habeas corpus is dismissed as moot."). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.